# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | Case No. __25-MJ-25STE__ |
| DEMETRICE M. PRUITT, ) | Violation: 18 U.S.C. § 111 |
|  ) | 18 U.S.C. § 1382 |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1
### (Resisting a Police Officer)

On or about December 19, 2024, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near 4303 Pittman Street,

---------------- DEMETRICE M. PRUITT, ---------------

the defendant, did resist an officer in the performance of his official duties, by struggling with the officer.

All in violation of Title 18, United States Code, Section 111.

### COUNT 2

### (Trespass)

On or about December 19, 2024, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near 4303 Pittman Street,

---------------- DEMETRICE M. PRUITT, ---------------

the defendant, did, within the jurisdiction of the United States, reenter and was found within a military reservation after having been removed therefrom and ordered not to reenter by any officer or person in command or charge thereof.

All in violation of Title 18, United States Code, Section 1382.

Dated this 22nd day of January, 2025.

ROBERT J. TROESTER
United States Attorney

GRIFFIN T. PARDALES
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
(580) 442-3900