AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Oklahoma

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DEMETRICE M. PRUITT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  25-MJ-25STE; E1284329; E1284330<br><br>USM Number:<br><br>Guinise M Marshall Eldridge<br>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)  _____

☑ pleaded nolo contendere to count(s)     (4) _____
which was accepted by the court.

☐ was found guilty on count(s)  _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 111 | Resist Officer in performance of his duties,a  Class A misde. | 12/19/2024 | 1 |
| 18 USC §1382 | Trespassing, Class B misdemeanor | 12/19/2024 | 2 |
| 18:13,7(47 OSA 11-103) | Fail to obey lawful order of police officer, a Class C misd. | 12/19/2024 | 3 |

The defendant is sentenced as provided in pages 2 through   __3__   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)  _____

☑ Count(s)     (1), (2) and (3) _____     ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/5/2025
_____
Date of Imposition of Judgment

_____
Signature of Judge

SHON T. ERWIN, U.S. MAGISTRATE JUDGE
_____
Name and Title of Judge

3/5/2025
_____
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1A

                                                              Judgment—Page ___2___ of ___3___

DEFENDANT:    DEMETRICE M. PRUITT
CASE NUMBER:  25-MJ-25STE; E1284329; E1284330

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:13,7(21OSA1362) | Disturb the peace, a Class C misdemeanor | 12/19/2024 | 4 |

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___3___ of ___3___

DEFENDANT:   DEMETRICE M. PRUITT
CASE NUMBER:   25-MJ-25STE; E1284329; E1284330

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
    Dft. ordered to pay $100.00 on ticket # WOFS E1284330, payable directly to the Central Violations Bureau, due 3/5/2025.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.